IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
No. 4:13-cv-235-BO

| | |
|---|---|
| NOLA M. HUNTER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | ORDER |
| vs. ) | |
| ) | |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner of ) | |
| Social Security, ) | |
| Defendant. ) | |

Plaintiff's counsel filed a motion for approval of attorney's fees under section 206(b) of the Social Security Act, 42 U.S.C. § 406(b), in the amount of $16,134.00. Attorney's fees under section 206(b) are paid from past-due benefits awarded to a successful claimant. 42 U.S.C. § 406(b). Plaintiff has previously been awarded, on two occasions, attorney's fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, in the amounts of $4,000 and 4,856.25, or $8,856.25 in total.

It is ORDERED that Plaintiff's counsel be awarded fees under 42 U.S.C. § 406(b) in the amount of $16,134.00, and refund to Plaintiff both of the EAJA awards, totaling $8,856.25.

SO ORDERED, this 12 day of March 2015.

TERRENCE W. BOYLE
United States District Judge